**DENIED and Opinion Filed February 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00322-CV

### IN RE WILBERT NORWOOD STARKS, Relator

**Original Proceeding from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-03474-2018**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus in which he complains of the trial court's February 19, 2019 post-judgment sanctions order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). "A sanctions order is appealable when the judgment is signed." *In re Smith*, 192 S.W.3d 564, 569 (Tex. 2006) (orig. proceeding) (per curiam). Here, a final judgment was signed on December 18, 2018, and relator filed a motion for new trial on December 31, 2018. As such, relator has an adequate appellate remedy to seek review of the sanctions order

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190322F.P05